**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Mary A. McCann | CHAPTER 13 |
| | BKY. NO. 18-14475 JKF |
| <u>Debtor</u> | |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Toyota Lease Trust and index same on the master mailing list.

          Respectfully submitted,
          **/s/ Kevin G. McDonald, Esq.**
          Kevin G. McDonald, Esquire
          KML Law Group, P.C.
          701 Market Street, Suite 5000
          Philadelphia, PA 19106-1532
          (215) 627-1322