## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Mary A. McCann <br> _Debtor(s)_ | CHAPTER 13 |
| Toyota Lease Trust <br> _Movant_ <br> vs. | NO. 18-14475 JKF |
| Mary A. McCann <br> _Debtor(s)_ | |
| Scott Waterman <br> _Trustee_ | 11 U.S.C. Section 362 |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing, is of the opinion that said Motion should be granted. It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d) and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to pursue its state court rights with regard to the 2017 Toyota Rav4, VIN: 2T3RFREV3HW670020 in a commercially reasonable manner. The stay provided by Bankruptcy Rule 4001(a)(3) been waived.

Signed this 17th day of July , 2019.

_____
United States Bankruptcy Judge.
Jean K. FitzSimon

cc: See attached service list

Mary A. McCann
41 Midland Avenue
Berwyn, PA 19312

Lawrence S. Rubin, Esq.
337 West State Street (VIA ECF)
Media, PA 19063-2615

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532