United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-14475-jkf
Mary A McCann                                                             Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Randi           Page 1 of 1          Date Rcvd: Jul 18, 2019
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2019.
db            #+Mary A McCann,    41 Midland Ave,   Berwyn, PA 19312-1647

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                      TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 18, 2019 at the address(es) listed below:
          AMANDA L. RAUER    on behalf of Creditor   WELLS FARGO BANK, N.A. Amanda.rauer@pkallc.com,
          chris.amann@pkallc.com;nick.bracey@pkallc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.r
          aynor-paul@pkallc.com;harry.reese@pkallc.com
          FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
          ecf_frpa@trustee13.com
          HARRY B. REESE    on behalf of Creditor   WELLS FARGO BANK, N.A. harry.reese@pkallc.com,
          chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.r
          aynor-paul@pkallc.com;amanda.rauer@pkallc.com
          JAMES RANDOLPH WOOD    on behalf of Creditor   Easttown Township jwood@portnoffonline.com,
          jwood@ecf.inforuptcy.com
          JILL  MANUEL-COUGHLIN    on behalf of Creditor   WELLS FARGO BANK, N.A. jill@pkallc.com,
          chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
          ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
          KEVIN G. MCDONALD    on behalf of Creditor   Toyota Lease Trust bkgroup@kmllawgroup.com
          LAWRENCE S. RUBIN    on behalf of Debtor Mary A McCann echo@pennlawyer.com,  foxtrot@pennlawyer.com
          MICHAEL J. SHAVEL    on behalf of Creditor   Trumark Financial Credit Union
          mshavel@hillwallack.com,  rianiero@HillWallack.com;lharkins@hillwallack.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
          ECF_FRPA@Trustee13.com
                                                                              TOTAL: 11

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Mary A. McCann | | CHAPTER 13 |
| | Debtor(s) | |
| Toyota Lease Trust | | |
|          vs. | Movant | NO. 18-14475 JKF |
| Mary A. McCann | | |
| | Debtor(s) | |
| Scott Waterman | | 11 U.S.C. Section 362 |
| | Trustee | |

### ORDER TERMINATING AUTOMATIC STAY

The Court has considered the Motion for Relief from the Automatic Stay filed in this

bankruptcy proceeding by Movant Toyota Lease Trust, reviewed the file herein and after hearing,

is of the opinion that said Motion should be granted.  It is therefore,

ORDERED, that the automatic stay is hereby terminated under 11 U.S.C. Sections 362 (d)

and 1301 (if applicable) as to Movant to permit said creditor, its successors and/or assigns to ~~take~~
pursue its state court rights with regard to the
~~possession and sell, lease, and otherwise dispose of the~~ 2017 Toyota Rav4, VIN:

2T3RFREV3HW670020  in a commercially reasonable manner.  The stay provided by

Bankruptcy Rule 4001(a)(3) been waived.

Signed this 17th    day of  July     , 2019.

_____

United States Bankruptcy Judge.
Jean K. FitzSimon

cc: See attached service list

Mary A. McCann
41 Midland Avenue
Berwyn, PA 19312

Lawrence S. Rubin, Esq.
337 West State Street (VIA ECF)
Media, PA 19063-2615

Scott Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532