United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-14475-jkf
Mary A McCann                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi              Page 1 of 2            Date Rcvd: Sep 13, 2019
                            Form ID: 138NEW          Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 15, 2019.
```
db            #+Mary A McCann,    41 Midland Ave,    Berwyn, PA 19312-1647
cr             ECMC,    ECMC,    P.O. BOX  16408,    ST. PAUL, MN  55116-0408
14161418      +Aes/pheaafrn,    Po Box 61047,    Harrisburg, PA 17106-1047
14161419      +Dsnb Macys,    Po Box 8218,    Mason, OH 45040-8218
14351923       ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
14191500      +Easttown Township,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                Norristown, PA 19404-3020
14192016      +Easttown Twp.,    c/o James R. Wood, Esquire,    Portnoff Law Associates, Ltd.,
                2700 Horizon Drive, Suite 100,    King of Prussia, PA 19406-2726
14174688      +PHEAA,    PO Box 8147,    Harrisburg, PA 17105-8147
14175606      +TD Bank, N.A.,    c/o Schiller, Knapp, Lefkowitz, & Hertze,    Payment Processing,    PO Box 16029,
                Lewiston, ME 04243-9507
14161421      +Td Bank Usa/targetcred,    Po Box 673,    Minneapolis, MN 55440-0673
14184000      +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                Addison, Texas 75001-9013
14340610      +Toyota Lease Trust,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14161422      +Toyota Motor Credit Co,    Po Box 9786,    Cedar Rapids, IA 52409-0004
14243485       Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern  PA 19355-0701
14166900      +TruMark FCU,    c/o Michael J. Shavel, Esquire,    Hill Wallack LLP,
                777 Township Line Road, Suite 250,    Yardley, PA 19067-5565
14161423      +Trumark Financial Cu,    335 Commerce Dr,    Fort Washington, PA 19034-2712
14178335      +Wells Fargo Bank NA,    c/o POWERS KIRN & ASSOCIATES, LLC,    Jill Manuel-Coughlin, Esquire,
                Eight Neshaminy Interplex, Suite 215,    Trevose, PA 19053-6980
14178107       Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,
                Eagan, MN 55121-7700
14161424      +Wells Fargo Hm Mortgag,    Po Box 10335,    Des Moines, IA 50306-0335
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Sep 14 2019 03:21:57     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 14 2019 03:20:59
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 14 2019 03:21:44     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14161420       E-mail/Text: bankruptcy@td.com Sep 14 2019 03:21:24     Td Bank N.a.,    70 Gray Rd,
                Portland, ME 04105
14168518      +E-mail/Text: dbogucki@trumark.org Sep 14 2019 03:22:25     TruMark Financial Credit Union,
                335 Commerce Drive, P.O. Box 8127,    Ft. Washington, PA 19034-8127
14193175      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 14 2019 03:27:38     Verizon,
                by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 6
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*           +Easttown Township,    c/o Portnoff Law Associates, Ltd.,    P.O. Box 3020,
                Norristown, PA 19404-3020
cr*            Toyota Motor Credit Corporation,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern, PA  19355-0701
cr*           +Trumark Financial Credit Union,    335 Commerce Drive,    P. O. Box 8127,
                Ft. Washington, PA 19034-8127
14244131*      Toyota Motor Credit Corporation,    c/o Becket & Lee LLP,    PO Box 3001,
                Malvern, PA 19355-0701
                                                                                              TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0313-2          User: Randi              Page 2 of 2            Date Rcvd: Sep 13, 2019
                              Form ID: 138NEW          Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2019 at the address(es) listed below:
              AMANDA L. RAUER    on behalf of Creditor    WELLS FARGO BANK, N.A. Amanda.rauer@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;Samantha.gonzalez@pkallc.com;jill@pkallc.com;mary.r
               aynor-paul@pkallc.com;harry.reese@pkallc.com
              FREDERICK L. REIGLE    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              HARRY B. REESE    on behalf of Creditor    WELLS FARGO BANK, N.A. harry.reese@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;jill@pkallc.com;samantha.gonzalez@pkallc.com;mary.r
               aynor-paul@pkallc.com;amanda.rauer@pkallc.com
              JAMES RANDOLPH WOOD    on behalf of Creditor    Easttown Township jwood@portnoffonline.com,
               jwood@ecf.inforuptcy.com
              JILL  MANUEL-COUGHLIN    on behalf of Creditor    WELLS FARGO BANK, N.A. jill@pkallc.com,
               chris.amann@pkallc.com;nick.bracey@pkallc.com;samantha.gonzalez@pkallc.com;harry.reese@pkallc.com
               ;mary.raynor-paul@pkallc.com;amanda.rauer@pkallc.com
              KEVIN G. MCDONALD    on behalf of Creditor    Toyota Lease Trust bkgroup@kmllawgroup.com
              LAWRENCE S. RUBIN    on behalf of Debtor Mary A McCann echo@pennlawyer.com,    foxtrot@pennlawyer.com
              MICHAEL J. SHAVEL    on behalf of Creditor    Trumark Financial Credit Union
               mshavel@hillwallack.com,    lharkins@hillwallack.com;jrydzewski@HillWallack.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,    ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 11
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Mary A McCann
      Debtor(s)

Bankruptcy No: 18–14475–jkf
Chapter: 13

---

## *NOTICE OF DEADLINES*

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

        900 Market Street
        Suite 400
        Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                            For The Court
                            Timothy B. McGrath
                            Clerk of Court

Dated: 9/13/19

                                      88 – 87
                                Form 138_new