Certificate Number: 17572-PAE-DE-033442694

Bankruptcy Case Number: 18-14475



17572-PAE-DE-033442694

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>September 20, 2019</u>, at <u>5:28</u> o'clock <u>PM PDT</u>, <u>Mary A McCann</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>September 20, 2019</u>             By:     <u>/s/Judy Alexander</u>

                                              Name:   <u>Judy Alexander</u>

                                              Title:  <u>Counselor</u>